NO. 07-04-0539-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 21, 2005

______________________________

JOHN Y. GONZALES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 364TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 97-425165; HONORABLE BRADLEY S. UNDERWOOD, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant, John Y. Gonzales, seeks to appeal a judgment and conviction for aggravated assault with a deadly weapon.  Finding we have no jurisdiction to consider the appeal, we dismiss.  

Appellant pled guilty and was sentenced by the trial court on October 5, 2004.  The court’s judgment was signed the same day.  Appellant filed a Notice of Appeal on November 5, 2004.  No motion for extension of time to file notice of appeal was filed. 

In a criminal case, appeal is perfected by timely filing a notice of appeal.
 Tex. R. App. P.
 25.2(b).  An untimely-filed notice of appeal will not invoke the jurisdiction of the court of appeals.  
See
 
State v. Riewe
, 13 S.W.2d 408, 411 (Tex.Crim.App. 2000).  If an appeal is not timely perfected, a court of appeals does not have jurisdiction and can take no action other than to dismiss the appeal.  
Slaton v. State
, 981 S.W.2d 208, 210 (Tex.Crim.App. 1998).  

Appellant’s Notice of Appeal was not timely filed and does not invoke our jurisdiction.   The appeal is dismissed for want of jurisdiction.  
Tex. R. App. P.
 39.8, 40.2, 43.2.

Phil Johnson

Chief Justice

Do not publish.